**07 CV 3731**

**JUDGE MARRERO**

BADIAK & WILL, LLP
Attorneys for Plaintiff
FORTIS CORPORATE INSURANCE
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-E-002-RB



RECEIVED MAY 1 1 2007 CASHIERS

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FORTIS CORPORATE INSURANCE as subrogee          07 CV
of EMPIRE RESOURCES, INC.,

                Plaintiff,                              **RULE 7.1 STATEMENT**

    -against-

TOTAL QUALITY LOGISTICS, INC., and
HILL'S TRUCKING, INC.,

                Defendants.
-------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                              **NONE**

DATED:    May 10, 2007                                     _____
                                                                   SIGNATURE OF ATTORNEY
                                                                     ROMAN BADIAK