Fortis Corporate Insurance as subrogee of Empire Resources, Inc., et. al., Plaintiff(s)
vs.
Total Quality Logistics, Inc., and Hill's Trucking, Inc., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083308-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Total Quality Logistics, Inc.
Court Case No. 07 CV 3731

BADIAK & WILL, LLP
Mr. Roman Badiak
106 Third St.
Mineola, NY 11501-4404

State of: **OHIO** ) ss.
County of: **HAMILTON** )

Name of Server: **Dalenea VerKamp**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **May**, 20 **07**, at **1:15** o'clock **P** M

Place of Service: at **1701 Edison Drive**, in **Loveland, OH 45140**

Documents Served: the undersigned served the documents described as:
**Summons in a Civil Case; Complaint; Individual Practices of United States District Judge Victor Marrero Souther District of New York with Attachment 1; and Individual Practices of Magistrate Judge Henry Pitman**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Total Quality Logistics, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Colleen Werner - customer relations coordinator**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair **none**
Approx. Age **30s**; Approx. Height **5'6**; Approx. Weight **165**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **21** day of **May**, 20 **07**

**Mark W Lawson**
Notary Public   (Commission Expires)

APS International, Ltd.

MARK W. LAWSON
Notary Public, State of Ohio
My Commission Expires
September 27, 2011