Fortis Corporate Insurance as subrogee of Empire Resources, Inc., et. al., Plaintiff(s)
vs.
Total Quality Logistics, Inc., and Hill's Trucking, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083308-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hill's Trucking, Inc.
Court Case No. 07 CV 3731

BADIAK & WILL, LLP
Mr. Roman Badiak
106 Third St.
Mineola, NY 11501-4404

State of: Tennessee ) ss.
County of: Shelby
Name of Server: Philip Fossee, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of May, 20 07, at 8:35 o'clock AM

Place of Service: at 2305 Highway 57 East, in Grand Junction, TN 38039

Documents Served: the undersigned served the documents described as:
Summons in a Civil Case; Complaint; Individual Practices of United States District Judge Victor Marrero Souther District of New York with Attachment 1; and Individual Practices of Magistrate Judge Henry Pitman

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Hill's Trucking, Inc. — 2305 Hwy 57 Grand Junction, TN 38039
By delivering them into the hands of an officer or managing agent whose name and title is: Emma Hill

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair Black
Approx. Age 68 ; Approx. Height 5'3" ; Approx. Weight

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Philip N. Fossee
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 19 day of May, 20 07

Notary Public    (Commission Expires)
MY COMMISSION EXPIRES MAY 27, 2009

CLAUDE J. GAUVIN
NOTARY PUBLIC AT LARGE
SHELBY COUNTY, TN