AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

Case Number: 07-03731

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TOTAL QUALITY LOGISTICS, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/7/2007 | _[signature]_ |
| Date | Signature |
| | S. Henry Cho                SC3793 |
| | Print Name                  Bar Number |
| | Pak & Cho, P.C., 1222 Anderson Avenue |
| | Address |
| | Fort Lee         NJ           07024 |
| | City           State         Zip Code |
| | (212) 268-3607        (201) 886-0111 |
| | Phone Number           Fax Number |