MARRERO, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FORTIS CORPORATE INSURANCE, as ) Case No. 07-03731
subrogee of Empire Resources, Inc., )
) (Judge Victor Marrero)
             Plaintiff, )
)
-v- )
)
TOTAL QUALITY LOGISTICS, INC., ) **STIPULATION OF THE PARTIES**
et al., ) **EXTENDING TIME FOR DEFENDANTS**
) **TO FILE RESPONSIVE PLEADINGS**
             Defendants. )

The parties to this cause of action, Fortis Corporate Insurance, as subrogee of Empire Resources, Inc., Total Quality Logistics, Inc., and Hill's Trucking, Inc., by and through their respective counsel, hereby STIPULATE that, by agreement, the time for the Defendants to file responsive pleadings in this matter is extended by twenty (20) days from and after June 8, 2007.

*[signature]* (by permission RB)
Roman Badiak (RB-1130)
BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Phone: (516) 877-2225
*Attorney for Plaintiff,*
*Fortis Corporate Insurance, as subrogee of Empire Resources, Inc.*

*[signature]* (by permission RB)
Sung Yong Ahn (SA-3773)
PAK & CHO, P.C.
1222 Anderson Avenue
Fort Lee, New Jersey 07024
Phone: (201) 886-0200
Fax: (201) 886-0111
*Attorney for Defendant,*
*Total Quality Logistics, Inc.*

Charles M. Miller (Pro Hac Vice Application to be submitted)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6967
Fax:   (513) 579-6457
*Attorney for Defendant,*
*Total Quality Logistics, Inc.*

Bennet Susser (BS-7799)
SILLS CUMMINS EPSTEIN & GROSS, P.C.
One Rockefeller Center
New York, New York 10020
Phone: (973) 643-5883
Fax: (973) 643-6500
*Attorney for Defendant,*
*Hills' Trucking, Inc.*


Russell X. Thompson (Pro Hac Vice Application to be submitted)
THOMPSON • RYAN
5100 Poplar Avenue, Suite 2700
Memphis, Tennessee 38103
Phone: (901) 322-6013
Fax: (901) 767-4157
*Attorney for Defendant,*
*Hills' Trucking, Inc.*


Robert L. Green (Pro Hac Vice Application to be submitted)
ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103-2466
Phone: (901) 763-4200
Fax:   (901) 684-1768
*Attorney for Defendant,*
*Hills' Trucking, Inc.*

SO ORDERED.
11 June 2007

U.S.D.J.
Victor Marrero

- 2 -