UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2063416.1

| | | |
|---|---|---|
| FORTIS CORPORATE INSURANCE, as subrogee of Empire Resources, Inc., | ) ) ) | Case No. 07-03731 |
| | ) | **(Judge Victor Marrero)** |
| Plaintiff, | ) ) | |
| -v- | ) ) | |
| TOTAL QUALITY LOGISTICS, INC., *et al.*, | ) ) ) | **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | ) ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, disclosure of information for purposes of determining possible disqualification or recusal by judges, the undersigned attorney for the Defendant TOTAL QUALITY LOGISTICS, INC. (herein "TQL") states that TQL does not have a parent corporation, subsidiaries or affiliates nor is it a publicly held corporation.

DATED: June 26, 2007

/s/ S. Henry Cho
S. Henry Cho (SC 3793)
PAK & CHO, P.C.
1222 Anderson Avenue
Fort Lee, New Jersey 07024
Phone: (201) 886-0200
Fax:   (201) 886-0111
ahn@pakcho.com
*Attorney for Defendant,*
*Total Quality Logistics, Inc.*

Charles M. Miller (*Pro hac vice* pending)
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6967
Fax: (513) 579-6457
cmiller@kmklaw.com
*Attorney for Defendant,*
*Total Quality Logistics, Inc.*