UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORTIS CORPORATE INSURANCE as
subrogee of EMPIRE RESOURCES, INC.,

    Plaintiff,

VS.

TOTAL QUALITY LOGISTICS, INC. and
HILL'S TRUCKING, INC.,

    Defendants.

NO. 07-03731
**(Judge Victor Marrero)**

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for the Defendant, Hill's Trucking, Inc. (hereinafter "Hill's"), states that Hill's does not have a parent corporation, subsidiaries or affiliates, nor is it a publicly held corporation, and there is no publicly held corporation that owns 10% or more of its stock.

DATED: June 27, 2007

                              Respectfully Submitted,

                              /s/ Bennet Susser
                              Bennet Susser (BS-7799)
                              SILLS CUMMIS EPSTEIN & GROSS, P.C.
                              One Rockefeller Center
                              New York, New York 10020
                              Phone: (973) 643-5883
                              Fax: (973) 643-6500
                              *Attorney for Defendant,*
                              *Hill's Trucking, Inc.*

Russell X. Thompson (Pro Hac Vice Application to be submitted)
THOMPSON • RYAN
5100 Poplar Avenue, Suite 2700
Memphis, Tennessee 38103
Phone: (901) 322-6013
Fax: (901) 767-4157
*Attorney for Defendant,*
*Hill's Trucking, Inc.*


Robert L. Green (Pro Hac Vice Application to be submitted)
ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103-2466
Phone: (901) 763-4200
Fax:   (901) 684-1768
*Attorney for Defendant,*
*Hill's Trucking, Inc.*