SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Fortis Corporate Insurance, as
subrogee of Empire Resources, Inc.
Plaintiff,

- against -

Total Quality Logistics, Defendant.
Inc., et al.,

USDS SDNY

DOCUMENT

ELECTRONICALLY FILED

DOC #: _____

DATE FILED: 7-2-07

07 cv 03731    (VM )

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Sung Y. Ahn    attorney for Total Quality Logistics, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Charles M. Miller

Firm Name: Keating Muething & Klekamp, PLL

Address: One East Fourth Street, Suite #1400

City/State/Zip: Cincinnati, OH 45202-3752

Telephone/Fax: (513) 579-6967

Email Address: CMILLER@KMKLAW.COM

is admitted to practice pro hac vice as counsel for Total Quality Logistics in    the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated: 2 July 2007
City, State

Victor Marrero
United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $ _____    SDNY RECEIPT# _____

SDNY Form Web 10/2006