## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FORTIS CORPORATE INSURANCE,** as subrogee of Empire Resources, Inc., | Case No. 07-03731 |
| Plaintiff, | **(Judge Victor Marrero)** |
| -v- | |
| **TOTAL QUALITY LOGISTICS, INC.,** *et al.*, | **THIRD-PARTY COMPLAINT** |
| Defendant / Third-Party Plaintiff, | |
| -v- | |
| **BOLIVAR INSURANCE AND REAL ESTATE, INC.**<br>800 West Market Street<br>P.O. Box 609<br>Bolivar, Tennessee 38008, | |
| and | |
| **CANAL INSURANCE CO.**<br>400 East Stone Avenue<br>P.O. Box 7<br>Greenville, South Carolina 29602-0007 | |
| Third-Party Defendants. | |

Defendant and Third-Party Plaintiff Total Quality Logistics, Inc. ("TQL"), for its Third-Party Complaint against Third-Party Defendants Bolivar Insurance and Real Estate, Inc. ("Bolivar") and Canal Insurance Co. ("Canal"), by and through counsel, states as follows:

1.   TQL is a trucking logistics company incorporated and headquartered in the State of Ohio.

2. Bolivar is an insurance broker with its principal place of business in Tennessee.

3. Canal is an insurance company with its principal place of business in South Carolina.

4. Bolivar is an insurance agent that sells insurance policies issued by Canal.

5. On September 29, 2006, Bolivar provided TQL with a Certificate of Liability Insurance, certifying that Hill's Trucking, Inc., among other things, insured a 2000 Freightliner tractor, serial no. 1FUYDXYD7YLF171000, through a policy issued by Canal. A true and accurate copy of the Certificate of Liability Insurance is attached hereto at Tab A.

6. On or about October 1, 2006, the 2000 Freightliner tractor-trailer was stolen.

7. Canal has subsequently denied that it insured the Freightliner.

## COUNT I — DETRIMENTAL RELIANCE

8. TQL repeats and re-alleges the responses in Paragraphs 1 through 6 above as if fully rewritten herein.

9. TQL relied in good faith upon the certification that the Freightliner was insured.

10. TQL has detrimentally relied upon the certification.

11. As a result of the certification, TQL has been forced to defend itself in this litigation in which it risks having a judgment entered against it.

## COUNT II — ESTOPPEL

12. TQL repeats and re-alleges the responses in Paragraphs 1 through 10 above as if fully rewritten herein.

13. Based upon the Certificate of Liability Insurance, Canal is estopped from denying that it insured the 2000 Freightliner.

14. As a result of Canal's denial of insurance coverage, TQL has been forced to defend itself in this litigation in which it risks having a judgment entered against it.

**WHEREFORE**, Total Quality Logistics, Inc. demands that Bolivar Insurance and Real Estate, Inc. be forced to indemnify Total Quality Logistics, Inc. for any costs and expenses incurred in this litigation, including attorneys' fees and court costs, and demands that Bolivar Insurance and Real Estate, Inc., and Canal Insurance Co. indemnify Total Quality Logistics, Inc., if it is held liable to Plaintiff Fortis Corporate Insurance for the claims alleged in the underlying Complaint.

DATED: June 27, 2007                    Respectfully submitted,

/s/ S. Henry Cho
S. Henry Cho, Esq. (SC 3793)
Sung Y. Ahn (SA 3773)
PAK & CHO, P.C.
230 Park Avenue, Suite #1000
New York, NY 10169
Tel: (212) 268-3607

1222 Anderson Avenue
Fort Lee, New Jersey 07024
Phone: (201) 886-0200
Fax:   (201) 886-0111
sjhenrycho@pakcho.com
ahn@pakcho.com
*Attorney for Defendant/Third Party Plaintiff,*
*Total Quality Logistics, Inc.*

Charles M. Miller (*Pro hac vice* pending)
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6967
Fax: (513) 579-6457
cmiller@kmklaw.com
*Attorney for Defendant / Third-Party Plaintiff,*
*Total Quality Logistics, Inc.*

2063524.1

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 9/29/2006

**PRODUCER**
Bolivar Insurance and Real Estate, Inc.
800 West Market St.
P. O. Box 609
Bolivar, TN 38008

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** | **NAIC #**

**INSURED**
Hill's Trucking, Inc.
2305 Us Hwy 57 East
Grand Junction, TN 38039

INSURER A: Canal Insurance Company | Canal
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| A | X | **AUTOMOBILE LIABILITY** | BA0687968 | 06/29/2006 | 06/29/2007 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | X SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | ☐ WC STATU-TORY LIMITS ☐ OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | **OTHER** CARGO | MTC339421 | 06/29/2006 | 06/29/2007 | $100,000 PER VEHICLE $200,000 PER OCCURRENCE $1,000 DEDUCTIBLE | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
1997 PETERBUILT SERIAL #1XP50B8X5UN430834, 1990 FREIGHTLINER SERIAL #1FUYDRYB36P383955
1996 PETERBUILT SERIAL #1YPCDB8X4TN381226, 2000 FREIGHTLINER 1FUYDXYB7YLF171000,
2000 FREIGHTLINER 1FUYDXYB1YLF17111, 1993 KENWORTH SERIAL #1XKADR9X7PS612633,
1990 PETERBUILT SERIAL# 1XP5DB9X1LD284630, TRANSCRAFT FLATBED TRAILER ITTF48207T1050648

**CERTIFICATE HOLDER**

TQL Inc.
1701 Eddison Dr.
Cincinnati, OH 45150

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE _[signature]_

ACORD 25 (2001/08)   © ACORD CORPORATION 1988