UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORTIS CORPORATE INSURANCE, as
subrogee of Empire Resources, Inc.,               07-cv-03731 (VM)

       Plaintiff,

    - against -

TOTAL QUALITY LOGISTICS, INC. and
HILL'S TRUCKING, INC.,

       Defendants.
_____

TOTAL QUALITY LOGISTICS, INC.,
                                                     **THIRD-PARTY ACTION:**
       Third-Party Plaintiff,             **CERTIFICATE OF SERVICE**

    - against -

BOLIVAR INSURANCE AND REAL ESTATE,
INC. and CANAL INSURANCE CO.,

       Third-Party Defendants.
_____

1) I, Sung Y. Ahn, am an attorney licensed to practice in the State of New York, admitted to practice in this Court and am an associate at Pak & Cho, P.C., attorneys for Total Quality Logistics, Inc. and I am fully familiar with the facts set forth herein.

2) On July 3, 2007, I caused to be served upon Canal Insurance Co., via personal service on the State of New York Insurance Dept., a true copy of a third-party summons and complaint in the above captioned action. (See attached Affidavit of Service and acknowledgment of receipt).

3) On July 13, 2007, I caused to be served upon Canal Insurance Company, via overnight mail service on the State of New York Insurance Dept., true copies of the original summons and complaint, answer and cross-claims. (See attached acknowledgment of receipt).

4) On July 25, 2007, I caused to be served by personal service on Bolivar Insurance and Real Estate, Inc. a true copy of the original summons and complaint, answer, cross-claims and Third-party summons and complaint in the above captioned action. (See attached Affidavit of Process Server).

I certify the above under penalty of perjury.

Dated: August 13, 2007.                                   By: /s/_____

                                                           Sung Yong Ahn (SA 3773)
PAK & CHO, P.C.
230 Park Avenue, Suite #1000
New York, NY 10169
Tel: (212) 268-3607

1222 Anderson Avenue
Fort Lee, New Jersey 07024
(201) 886-0200

Attorneys for Defendant and Third-Party Plaintiff
*Total Quality Logistics, Inc.*

GLOBAL PROCESS SERVICE CO., INC.
290 BROADWAY SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

USDC SOUTHERN DIST. NEW YORK
COUNTY OF NEW YORK

Index No. 07-03731

TOTAL QUALITY LOGISTICS, INC.  THIRD PARTY PLAIN

Plaintiff(s)

AFFIDAVIT OF SERVICE

- against -

BOLIVAR INSURANCE AND REAL ESTATE INC., ETC.

Defendant(s)

THIRD PARTY SUMMONS, COMPLAINT, COVER SHEET

STATE OF NEW YORK: COUNTY OF NEW YORK    SS:

GEORGE RUSH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 07/03/07 at 0002PM Hours at C/O SUPT. OF INSURANCE 25 BEAVER STREET NEW YORK, NEWYORK 10004 deponent served the within THIRD PARTY SUMMONS, COMPLAINT, COVER SHEET on CANAL INSURANCE CO. therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION** ☒ XXX a (domestic)/(foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be MANAGING AGENT TEIKO OMORI thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

Service upon the N.Y.S. Superintendent of Insurance and tendering a fee of $40.00

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | WHITE | 57 | 5'5 | 160 |

GLASSES

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the

07/05/07

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 30, 2009

GEORGE RUSH
LICENSE No.
791 734

# 110613

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..........................................................................................................

Total Quality Logistics, Inc., etal.                                              07-03731

                against                          Third Party Plaintiff(s)

Bolivar Insurance and Real Estate, Inc., and
Canal Insurance Company                                       Third Party Defendant(s)

..........................................................................................................

RE : Canal Insurance Company

Attorney for Third Party Plaintiff(s) and Third Party Defendant please take notice as follows:

Sirs :
Attorney for Third Party Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Third Party Complaint in the above entitled action on July 3, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Third Party Plaintiff(s) :

    Pak & Cho, P.C.
    230 Park Avenue, Suite #1000
    New York, New York 10169

Pursuant to the requirement of section 1212 of the Insurance Law, Third Party Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Third Party Defendant :

    Charles M. Timmons, Jr., President
    Canal Insurance Company
    400 East Stone Avenue
    Greenville, South Carolina 29601

*Salvatore Castiglione*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, July 06, 2007
415640        C.A.#186002

# Affidavit of Process Server

_____
(NAME OF COURT)

_____ VS _____    SNDY #07-03731
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT         CASE NUMBER

I **Jeremy Ballinger**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Bolivar Insurance Co.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Complaint, Answer, Cross-Claims, 3rd Party Complaint, 3rd Party Summons**

by leaving with **Robert I. Sain**         **Registered Agent**         At
              NAME                          RELATIONSHIP

☐ Residence _____
                 ADDRESS                      CITY / STATE
☒ Business **800 West Market St.**          **Bolivar, TN 38008**
                 ADDRESS                      CITY / STATE

On **July 25, 2007**          AT **10:20 am.**
      DATE                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
       CITY         STATE         ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
                                                    DATE      TIME           DATE      TIME
(3)_____ _____ (4)_____ _____ (5)_____
   DATE      TIME           DATE      TIME           DATE      TIME

**Description:.** Age **45** Sex **M** Race **WH** Height **6'0"** Weight **185** Hair **Br** Beard **No** Glasses **No**

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **25** day of **July**, 2007

_____
SIGNATURE OF NOTARY PUBLIC  10/22/10

NOTARY PUBLIC for the state of **Tennessee**



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

................................................................................................

Total Quality Logistics, Inc.                                          07-03731

against                    Third Party Plaintiff(s)

Bolivar Insurance and Real Estate, Inc., and
Canal Insurance Company                       Third Party Defendant(s)

................................................................................................

RE :  Canal Insurance Company

Attorney for Third Party Plaintiff(s) and Third Party Defendant  please take notice as follows:

Sirs :
Attorney for Third Party Plaintiff(s) is hereby advised of acknowledgement of service upon me of Third Party Complaint, etc. in the above entitled action on July 23, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Third Party Plaintiff(s) :

  Pak & Cho, P.C.
  1222 Anderson Avenue
  Fort Lee, New Jersey 07024

Pursuant to the requirement of section 1212 of the Insurance Law, Third Party Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Third Party Defendant :

  Charles M. Timmons, Jr., President
  Canal Insurance Company
  400 East Stone Avenue
  Greenville, South Carolina 29601

*Salvatore Castiglione*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, July 25, 2007
417111      C.A.#186456