UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FORTIS CORPORATE INSURANCE as subrogee,    Index No.07-3731
Of EMPIRE RESOURCES, INC.,

                    Plaintiff(s),

    vs.
                                                **NOTICE OF**
TOTAL QUALITY LOGISTICS, INC.,                   **CHANGE OF**
and HILL'S TRUCKING, INC.,                           **FIRM NAME**

                    Defendant(s).
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that the law firm of Sills Cummis Epstein & Gross P.C. Attorneys for HILL'S TRUCKING, INC., has changed its name from Sills Cummis Epstein & Gross, P.C. to Sills Cummis & Gross, P.C. effective October 1, 2007.

                                                Sills Cummis & Gross P.C.
                                                Attorneys for Hill's Trucking, Inc.

                                          By: _____
                                                BENNET SUSSER, ESQ.
                                                One Rockefeller Plaza
                                                New York, New York  10020
                                                (212) 643-7000

Dated: New York, New York
        October 3, 2007