# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

February 8, 2008

**VIA TELEFAX AND ECF - 212-805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Fortis Corporate Insurance a/s/o Empire Resources, Inc. v.
Total Quality Logistics, Hills Trucking, Inc.
Index No.: 07 Civ. 3731 (VM)
Our Ref.: 07-E-002-RB/LS

Dear Judge Marrero:

We represent plaintiff in the above-captioned matter.

We write to oppose any adjournment of the Case Management Conference currently scheduled for **February 15, 2008 at 10:15 a.m.**

Plaintiff will file an opposition to defendants' Motion to Stay this action which will demonstrate that there are no grounds to seek such relief and, further that plaintiff would be severely prejudiced by staying this action. As will be shown in plaintiff's opposition papers, plaintiff is not a party to the Tennessee proceeding, nor is there an identity of issues between this litigation and the Tennessee mediation.

Plaintiff, therefore, respectfully requests that defendants' request to adjourn the conference be denied.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO

LAS/lmw

cc:  See List Below

**VIA TELEFAX & MAIL 513-579-6457**
Attn: Charles M. Miller, Esq.
Keating Muething & Klekamp, PLL
Attorneys for Defendant Total Quality Logistics, Inc.
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-3752

**VIA TELEFAX & MAIL 201-886-0111**
Attn: Sukjin Henry Cho, Esq.
Pak & Cho, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
1222 Anderson Avenue
Fort Lee, New Jersey 07024

**VIA TELEFAX & MAIL 201-886-0111**
Attn: Sung Yong Ahn
Pak & Cho, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
230 Park Avenue, Suite 1000
New York, New York 10169

**VIA TELEFAX & MAIL 973-643-6500**
Attn: Bennet Susser, Esq.
Sills Cummis & Gross, P.C. (NJ)
Attorneys for Defendant Hill's Trucking, Inc.
One Riverfront Plaza
Newark, New Jersey 07102-5400

**REGULAR MAIL ONLY**
Bolivar Insurance
Real Estate Inc.
800 West Market Street
Bolivar, Tennessee 38008

**REGULAR MAIL ONLY**
Canal Insurance Company
400 East Stone Avenue
Greenville, South Carolina 29601