UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FORTIS CORPORATE INSURANCE as subrogee of EMPIRE RESOURCES, INC., : | |
| : | Hon. Victor Marrero, U.S.D.J. |
| Plaintiff, : | |
| v. : | 07 Civ. 03731 (VM) |
| TOTAL QUALITY LOGISTICS, INC. and HILL'S TRUCKING, INC., : | NOTICE OF MOTION TO STAY IN DEFERENCE TO THE |
| : | PENDING TENNESSEE ACTION |
| Defendants. : | |
| TOTAL QUALITY LOGISTICS, INC., : | |
| Third-Party Plaintiff, : | |
| v. | |
| BOLIVAR INSURANCE AND REAL ESTATE, INC. and CANAL INSURANCE CO., : | |
| : | |
| Third-Party Defendants. : | |

---

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Robert L. Green, Esq., dated February 6, 2008, the Exhibits thereto, and the supporting Memorandum of Law, Defendants will move before the Honorable Victor Marrero, U.S.D.J. at the United States Courthouse, 500 Pearl Street, New York, New York on a date to be determined by the Court for a Notice of Motion to Stay this Litigation in Deference to the Pending Mediation in the Tennessee Action, and for such other further relief as this Court finds just and proper.

Dated: New York, New York
      February 7, 2008

SILLS CUMMIS & GROSS, P.C.

By:_____
    BENNET SUSSER
    Attorneys for Defendant
    Hill's Trucking, Inc.
    One Rockefeller Plaza
    New York, New York 10020
    (212) 643-7000

TO:    Lisa Ann Scognamillo, Esq.
BADIAK & WILL, LP
Attorneys for Plaintiff
Fortis Corporate Insurance a/s/o Empire Resources, Inc.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225

Charles M. Miller, Esq.
KEATING MUETHING & KLEKAMP, PLL
Attorneys for Defendant Total Quality Logistics, Inc.
One East Fourth Street; Suite 1400
Cincinnati, Ohio 45202-3752
(513) 579-6400

Sukjin Henry Cho, Esq.
PAK & CHO, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
1222 Anderson Avenue
Fort Lee, New Jersey 07024
(201) 886-0200

Sung Yong Ahn, Esq.
PAK & CHO, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
230 Park Avenue; Suite 1000
New York, New York 10169
(212) 268-3607

Bolivar Insurance Real Estate, Inc.
800 West Market Street
Bolivar, Tennessee 38008

Canal Insurance Company
400 East Stone Avenue
Greenville, South Carolina 29601