UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTIS CORPORATE INSURANCE as subrogee of EMPIRE RESOURCES, INC.,  : <br><br> Plaintiff,  :<br>v.  <br> : <br>TOTAL QUALITY LOGISTICS, INC. and <br>HILL'S TRUCKING, INC.,  : <br><br> Defendants.  : | Hon. Victor Marrero, U.S.D.J. <br><br> 07 Civ. 03731 (VM) <br><br> **CERTIFICATION OF SERVICE** |
| TOTAL QUALITY LOGISTICS, INC.,  : <br><br> Third-Party Plaintiff,  : <br><br>v.  : <br><br> BOLIVAR INSURANCE AND REAL ESTATE, : <br>INC. and CANAL INSURANCE CO., <br><br> Third-Party Defendants.  : | |

BENNET SUSSER, being of full age, certifies and says:

1. I am Of Counsel with the law firm of Sills Cummis & Gross, P.C., counsel for Defendant Hill's Trucking, Inc. in this matter.

2. On February 7, 2008, I electronically filed and served defendants' motion to stay litigation in deference to the pending Tennessee action, comprising a Notice of Motion, Affidavit of Robert L. Green, with Exhibits, and supporting Memorandum of Law (the "motion papers") with the Clerk of the Court using the CM/ECF system, and those attorneys who are listed as CM/ECF users.

3. On February 7, 2008, I separately served the motion papers by first-class mail upon the following parties who have not yet appeared in this action:

Bolivar Insurance Real Estate Inc.
800 West Market Street
Bolivar, Tennessee 38008

Canal Insurance Company
400 East Stone Avenue
Greenville, South Carolina 29601

                                        SILLS CUMMIS & GROSS P.C.
                                        One Riverfront Plaza
                                        Newark, New Jersey 07102-5400
                                        (973) 643-7000
                                        Attorneys for Defendant
                                        Hill's Trucking, Inc.

                                        By: _____
                                               BENNET SUSSER

Dated: New York, New York
        February 7, 2008

2