# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

Bennet Susser, Esq.
Of Counsel
Direct Dial: (212) 643-7000 ext. 5883
E-mail: bsusser@sillscummis.com

February 7, 2008

**VIA FACSIMILE AND E-FILING**
The Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    Fortis Corporate Insurance a/s/o Emprise Resources, Inc. v.
             Total Quality Logistics, et al.
             Civil Action No. 07-CV-3731 (VM)

Dear Judge Marrero:

       This firm represents defendant Hill's Trucking Inc. ("Hill's") the above-referenced case. On behalf of Hill's and co-defendant Total Quality Logistics, we respectfully request that the initial Rule 16 case management conference, currently scheduled for February 15, 2008 at 10:15 a.m., be adjourned pending resolution of defendants' motion to stay the action. This motion, which has just been electronically filed, seeks to stay this action in light of more-advanced related litigation pending in Tennessee. The defendants are confident that resolution of that action (which has a mediation scheduled for this Spring) will conclude this New York action. In addition, the two third-party defendants in this action have not yet appeared.

       We thank the Court for its consideration.

Respectfully submitted,

BENNET SUSSER (BS-7799)

cc:    All Counsel of Record (w/enc. via fax and ECF)

> Plaintiff is directed to respond by 2-13-08 by letter brief not to exceed 4 pages to defendants' request herein. The conference on 2-15-08 shall
> **SO ORDERED:** proceed in the event the motion is opposed and the Court will consider any additional arguments at that time.
> DATE 2-8-08    VICTOR MARRERO, U.S.D.J.