**MEMO ENDORSED**

# PAK & CHO, P.C.
## ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

Sukjin Henry Cho*
Chul Soo Pak♦
*NY, NJ & DC Bar
♦NY Bar, U.S. Tax Court

1222 Anderson Avenue
Fort Lee, NJ 07024
Tel: (201) 886-0200
Fax: (201) 886-0111

NY Office
230 Park Ave., Suite 1000
New York, NY 10169
Tel: (212) 268-3607

February 11, 2008

**VIA FACSIMILE**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
1 1 2008

> **RE: Fortis Corp. Insur v. Total Qual. Logistics & Hills Trucking,**
> **Index No.: 07-Civ-3731 (VM)**
> **February 15, 2008 scheduled case management conference**
> **Request to attend by teleconference**

Dear Judge Marrero:

This request is being transmitted by facsimile pursuant to a February 8, 2008 telephone conversation with your chambers.

This firm acts as local counsel for Defendant Total Quality Logistics ("TQL") in the above referenced matter. Keating, Muething & Klekamp, PLL ("Lead Counsel"), by Charles M. Miller, acts as lead counsel for TQL.

Lead Counsel and TQL are based in Ohio and cannot personally attend the above referenced (Rule 16) conference without great difficulty. Therefore TQL requests an accommodation that its Lead Counsel be permitted to participate in the said conference by telephone. Local counsel will attend the conference in person and provide any available assistance in order to facilitate the execution of this request.

Although there still is a pending motion to stay the said conference this request is being made now in order to avoid last-minute surprises. This firm awaits the Court's directions in all matters raised by this letter. Thank you for your consideration of this request.

Respectfully submitted,

1

/s/ [signature]

PAK & CHO, P.C.
BY: Sung-Yong Ahn (SA 3773)

cc: Mr. Charles M. Miller, Esq. (for TQL)
    Ms. Lisa A. Scognamillo, Esq. (for Fortis Corp. Insurance)
    Mr. Bennett Susser, Esq. (for Hill's Trucking, Inc.)

> Request of S. for R.D. Lead counsel for defendant Total Quality Logistics is authorized to participate by telephone at the conference with the Court on the matter scheduled for 2-15-08. Counsel shall make arrangements with the Court's Clerk in this connection.
>
> SO ORDERED:
> 2-11-08
> DATE        VICTOR MARRERO, U.S.D.J.

2