UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTIS CORPORATE INSURANCE as subrogee of EMPIRE RESOURCES, INC., : | Hon. Victor Marrero, U.S.D.J. |
| Plaintiff, : | |
| v. | 07 Civ. 03731 (VM) |
| : | |
| TOTAL QUALITY LOGISTICS, INC. and HILL'S TRUCKING, INC., : | **CERTIFICATION OF SERVICE** |
| Defendants. : | |
| TOTAL QUALITY LOGISTICS, INC., : | |
| Third-Party Plaintiff, : | |
| v. : | |
| BOLIVAR INSURANCE AND REAL ESTATE, : INC. and CANAL INSURANCE CO., | |
| Third-Party Defendants. : | |

BENNET SUSSER, being of full age, certifies and says:

1. I am Of Counsel with the law firm of Sills Cummis & Gross, P.C., counsel for Defendant Hill's Trucking, Inc. in this matter.

2. On February 12, 2008, I electronically filed and served defendants' Reply Memorandum of Law in Further Support of Their Motion to Stay Litigiation in Deference to the Pending Tennessee Action with the Clerk of the Court using the CM/ECF system, and those attorneys who are listed as CM/ECF users.

3. On February 12, 2008, I separately served the motion papers by first-class mail upon the following parties who have not yet appeared in this action:

Bolivar Insurance Real Estate Inc.
800 West Market Street
Bolivar, Tennessee 38008

Canal Insurance Company
400 East Stone Avenue
Greenville, South Carolina 29601

                                        SILLS CUMMIS & GROSS P.C.
                                        One Riverfront Plaza
                                        Newark, New Jersey 07102-5400
                                        (973) 643-7000
                                        Attorneys for Defendant
                                        Hill's Trucking, Inc.

                                    By: _____
                                        BENNET SUSSER

Dated: New York, New York
       February 12, 2008

2