Index No.: 07 Civ. 3731 (VM)

## AFFIDAVIT OF SERVICE

STATE OF OHIO )
) SS.:
COUNTY OF HAMILTON )

I, Maryjoy True, being duly sworn, depose and say:

I am not a party to the within action, am over 18 years of age and reside c/o Keating Muething & Klekamp PLL, One East 4th Street, Suite 1400, Cincinnati, Ohio 45202. On February 14, 2008, I served the within DEFENDANT TOTAL QUALITY LOGISTICS, INC.'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' JOINT MOTION TO STAY LITIGATION IN DEFERENCE TO THE PENDING TENNESSEE ACTION on :

Bennet Susser
Sills Cummis & Gross, P.C. (NJ)
One Riverfront Plaza
Newark, New Jersey 07102-5400
*Attorneys for Defendant Hill's Trucking, Inc.*

Lisa A. Scognamillo
Badiak & Will, LLP
106 Third Street
Mineola, New York 11501-4404
*Attorneys for Plaintiff
Fortis Corporate Insurance
as Subrogee of Empire Resources, Inc.*

Bolivar Insurance
Real Estate Inc.
800 West Market Street
Bolivar, Tennessee 38003

Canal Insurance Company
400 East Stone Avenue
Greenville, South Carolina 29601

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of Ohio.

_____
Maryjoy True

Sworn to before me this
14th day of February 2008.

_____
Notary Public

CHARLES M. MILLER
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.

2376874.1