UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORTIS CORPORATE INSURANCE, as subrogee
of EMPIRE RESOURCES, INC.,

        Plaintiff,

-against-

Docket No.: 07 CV 03731 (VM)

TOTAL QUALITY LOGISTICS, INC., ET AL,

        Defendant/Third Party Plaintiff

**STIPULATION AND ORDER**

-against-

BOLIVAR INSURANCE & REAL ESTATE, INC.
and CANAL INSURANCE COMPANY

        Third Party Defendants.

**IT IS HEREBY STIPULATED, AGREED AND ORDERED**, that third-party defendant BOLIVAR INSURANCE & REAL ESTATE, INC.'s time to answer or otherwise move regarding the Third-Party Complaint served in the above-captioned matter, is extended up to and including February 22, 2008.

Dated: New York, New York
February 12, 2008

Keating, Muething & Klekamp, LLP

By: _____
Charles M. Miller (CMM ~~~~) (P~ HAC VKE)
Attorneys for Third-Party Plaintiff
One East 4th Street - Suite 1400
Cincinnati, Ohio 45202-3752
(513) 579-6967

Lustig & Brown, LLP

By: _____
Stephen C. Cunningham (SCC-7583)
Attorneys for Third-Party Defendant
BOLIVAR INSURANCE & REAL ESTATE, INC.
28 West 44th Street - 20th Floor
New York, New York 10036
(212) 832-3235

SO ORDERED: 14 February 2008

_____
HON. VICTOR MARRERO, USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08