UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FORTIS CORPORATE INSURANCE, as
subrogee of Empire Resource, Inc.,                         Docket No.: 07 CIV 03731 (VM)

        Plaintiff,                  **NOTICE OF APPEARANCE**

-against-

TOTAL QUALITY LOGISTICS, INC., and
HILL'S TRUCKING, INC.,

        Defendants.
------------------------------------------------------------------X
TOTAL QUALITY LOGISTICS, INC.,

        Third-Party Plaintiff,

-against-

BOLIVAR INSURANCE AND REAL ESTATE,
INC. and CANAL INSURANCE CO.

        Third-Party Defendants.
------------------------------------------------------------------X

  PLEASE TAKE NOTICE, that Lustig & Brown, LLP has been retained by and appears for the third-party defendant, BOLIVAR INSURANCE AND REAL ESTATE, INC. in this action.

Dated: New York, New York
   February 14, 2008

        LUSTIG & BROWN, LLP

        <u>/s/ Stephen C. Cunningham</u>
        Stephen C. Cunningham (SCC-7583)
        Attorneys for Third-PartyDefendants
        BOLIVAR INSURANCE AND
        REAL ESTATE, INC.
        28 West 44th Street - 20th Floor
        New York, New York 10036
        (212) 832-3235

TO:

Roman Badiak, Esq.
Badiak & Will, LLP
106 Third Street
Mineola, NY 11501-4404

Charles M. Miller, Esq.
Keating Muething & Klekamp
One East Fourth Street, Suite 1400
Cincinnati, OH 45202-3752

Sukjin Henry Cho, Esq,
Sung Yong Ahn, Esq.
Pak & Cho, P.C.
1222 Anderson Avenue
Fort Lee, NJ 07024

Bennet Susser, Esq.
Sills Cummins & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102-5400

Notice of Appearance - FORTIS.wpd