# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

June 18, 2008

VIA TELEFAX (212-805-6382) AND ECF

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

RE: Fortis Corporate Insurance v. Total Quality Logistics, Inc. et al. v. Bolivar
Insurance and Real Estate, Inc., et al.
Docket No.: 07 CV 03731(VM)
Our Ref.: 07-E-002-LS

Dear Honorable Marrero:

We represent the plaintiff in the above-referenced matter and write to provide the Court with a status report.

On February 15, 2008, this matter was placed on the Court's Suspense Docket pending the results of mediation proceedings in a related action in Tennessee State Court ("Tennessee Matter").

On June 16, 2008 we were advised by Robert Green, counsel for defendant, Hills Trucking, Inc. ("Hill's"), that the Tennessee Matter has been settled. Mr. Green has also advised that third-party defendant herein, Canal Insurance Company ("Canal"), Hill's insurer, has agreed to hold Hill's harmless and to represent Hill's in this action, if necessary. Mr. Green further advised that Canal's New York lawyers are negotiating for a global settlement.

In April, in response to a request, we proposed a settlement to Canal's New York counsel. To date, we have not received a response despite our repeated follow-up requests for an update.

In light of the foregoing, we respectfully request that a conference be scheduled in order to facilitate settlement in this action.

Honorable Victor Marrero
June 18, 2008
Page -2-

    We thank the Court for its kind attention to this matter.

Very truly yours,<br>
BADIAK & WILL, LLP<br>
<br>
LISA A. SCOGNAMILLO

cc:   **VIA TELEFAX 212-832-3155**
Lustig & Brown
Attorneys for Third-Party Defendant, Bolivar Insurance & Real Estate, Inc.
28 West 44th Street, 20th Floor
New York, New York 10036
Attn.: Stephen C. Cunningham

**VIA TELEFAX 212-307-5200**
McElfish Law Firm
Attorneys for Third-Party Defendant, Canal Insurance Company
350 5th Avenue, Suite 1729
New York, New York 10118
Attn.: Teresa Ann Gruber

**VIA TELEFAX 513-579-6457**
Keating Muething & Klekamp, PLL
Attorneys for Defendant, Total Quality Logistics
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-3752
Attn.: Charles M. Miller

**VIA TELEFAX 973-643-6500**
Bennett Susser, Esq.
Attorneys for Defendant, Hill's Trucking, Inc.
Sills Cummis & Gross P.C. (NJ)
One Riverfront Plaza
Newark, New Jersey 07102-5400

**VIA TELEFAX 201-886-0111**
Sukjin Henry Cho, Esq.
Attorneys for Defendant, Total Quality Logistics
Pak & Cho, P.C.
1222 Anderson Avenue
Fort Lee, New Jersey 07024

LAS:jm

Request GRANTED. A status conference herein is scheduled for 6-27-08 at 5:00 p.m. to address the matter described above by _plaintiff_.

SO ORDERED.

6-18-08
DATE    VICTOR MARRERO, U.S.D.J.