# KMK | Keating Muething & Klekamp PLL
ATTORNEYS AT LAW

**CHARLES M. MILLER**
DIRECT DIAL: (513) 579-6967
FACSIMILE: (513) 579-6457
E-MAIL: CMILLER@KMKLAW.COM

June 19, 2008

**VIA FACSIMILE AND ECF – 212.805.6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *Fortis Corporate Insurance a/s/o Empire Resources, Inc. v. Total Quality Logistics, Hills Trucking, Inc.*
Index No.: 07-E-002-RB/LS

Dear Judge Marrero:

This letter is respectfully submitted in accordance with the Endorsed Letter dated June 18, 2008, and in connection with the Status Conference currently scheduled for June 27, 2008 at 5:00 p.m.

Counsel for defendant, Total Quality Logistics, hereby requests the court's permission to attend the Status Conference by teleconference.

Sincerely,

KEATING MUETHING & KLEKAMP PLL

By: _____
Charles M. Miller

CXM:mxt