

**KMK** | **Keating Muething & Klekamp PLL**
ATTORNEYS AT LAW

CHARLES M. MILLER
DIRECT DIAL: (513) 579-6967
FACSIMILE: (513) 579-6457
E-MAIL: CMILLER@KMKLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
D: 6-20-08

June 19, 2008

<u>VIA FACSIMILE AND ECF – 212.805.6382</u>

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Fortis Corporate Insurance a/s/o Empire Resources, Inc. v.*
      *Total Quality Logistics, Hills Trucking, Inc.*
      Index No.: 07-E-002-RB/LS    07 CV 3731

Dear Judge Marrero:

This letter is respectfully submitted in accordance with the Endorsed Letter dated June 18, 2008, and in connection with the Status Conference currently scheduled for June 27, 2008 at 5:00 p.m.

Counsel for defendant, Total Quality Logistics, hereby requests the court's permission to attend the Status Conference by teleconference.

Sincerely,

KEATING MUETHING & KLEKAMP PLL

By: _____
    Charles M. Miller

CXM:mxt

> Request GRANTED. Defendant Total Quality
> Logistics may appear at the 6-27-08 conference
> herein by counsel by teleconference.
>
> **SO ORDERED:**
> 6-20-08                          _____
> DATE                             VICTOR MARRERO, U.S.D.J.

One East Fourth Street • Suite 1400 • Cincinnati, Ohio 45202-3752
2542030.1        TEL 513.579.6400 • FAX 513.579.6457 • www.kmklaw.com