# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

July 15, 2008

**VIA TELEFAX - 212-805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

RE: Fortis Corporate Insurance a/s/o Empire Resources, Inc. v.
Total Quality Logistics, Hills Trucking, Inc.
Index No.: 07 Civ. 3731 (VM)
Our Ref.: 07-E-002-RB/LS

Dear Honorable Marrero,

We represent plaintiff in the referenced matter. Subsequent to the last conference, we expected defendants to contact us to settle this matter before the next conference. The undersigned has attempted to contact Canal's New York counsel on four (4) separate occasions, to no avail.

In order not to waste the Court's time and to discourage defendants from appearing by counsel who lack knowledge of the case and are without authority to settle, we respectfully request that the conference currently scheduled for July 18, 2008 at 10:00 A.M. be briefly post-poned. We also respecfully request that defendants be directed to appear at the next conference with their principals in order for settlement discussions to be fruitful.

We wish to advise the Court that the undersigned will be unavailable during the week of July 28, 2008.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO

Request GRANTED. The next settlement conference herein is rescheduled to 7-25-08 at 2:30 p.m. The parties are directed to appear with principals authorized to enter into binding settlement.
SO ORDERED.

7-15-08
DATE
VICTOR MARRERO, U.S.D.J.

cc:  See List Below

**VIA TELEFAX ONLY 513-579-6457**
Attn: Charles M. Miller, Esq.
Keating Muething & Klekamp, PLL
Attorneys for Defendant Total Quality Logistics, Inc.
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-3752

**VIA TELEFAX ONLY 201-886-0111**
Attn: Sukjin Henry Cho, Esq.
Pak & Cho, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
1222 Anderson Avenue
Fort Lee, New Jersey 07024

**VIA TELEFAX ONLY 973-643-6500**
Attn: Bennet Susser, Esq.
Sills Cummis & Gross, P.C. (NJ)
Attorneys for Defendant Hill's Trucking, Inc.
One Riverfront Plaza
Newark, New Jersey 07102-5400

**VIA TELEFAX ONLY 212-832-3155**
Attn: Stephen C. Cunningham
Lustig & Brown
Attorneys for Third-Party Defendant, Bolivar Insurance & Real Estate, Inc.
28 West 44th Street, 20th Floor
New York, New York 10036

**VIA TELEFAX ONLY 212-307-5200**
Attn: Teresa Ann Gruber
Attn: Susan Smodish
McElfish Law Firm
Attorneys for Third-Party Defendant, Canal Insurance Company
350 5th Avenue, Suite 1729
New York, New York 10118