# KMK | Keating Muething & Klekamp PLL
ATTORNEYS AT LAW

**CHARLES M. MILLER**
DIRECT DIAL: (513) 579-6967
FACSIMILE: (513) 579-6457
E-MAIL: CMILLER@KMKLAW.COM

July 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-08
```

VIA FACSIMILE (212) 805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   ...rporate Insura..... ...mpire Resources, Inc. v.
      ....Quality Logistics, Hills Trucking, Inc.
      Case No.: 07 Civ. 03731 (VM)

Dear Judge Marrero:

We represent Total Quality Logistics, Inc., in the above-referenced matter. On July 15, 2008, the Court scheduled a settlement conference hearing for 2:30 p.m. on July 25, 2008 at the request of plaintiff's counsel.

The undersigned and a representative for TQL will be available for the settlement conference. Due to the relatively small amount in dispute, TQL respectfully requests that its corporate representative and counsel be granted permission to attend the conference by telephone. The letter from plaintiff's letter carrying the endorsement scheduling the hearing stated that she had *"attempted to contact Canal's* New York counsel on four (4) separate occasions, to no avail." The letter did not indicate that Plaintiff's counsel attempted to contact counsel for TQL. TQL, like plaintiff, responded to Canal's request for settlement demands. TQL intends to fully participate in the settlement conference, however, it would be unfair to require it to bear of the costs of its representative and attorney traveling from Cincinnati, Ohio to attend this conference, which Plaintiff claims is the result of Canal Insurance's alleged failure to respond to plaintiff's overtures.

Accordingly, TQL respectfully requests permission for its counsel and representative to attend the July 25, 2008 hearing telephonically.

June 19, 2008
Page 2

We thank the court for its attention to this matter.

Sincerely,

KEATING MUETHING & KLEKAMP PLL

By: *[signature]*
Charles M. Miller

CXM:mxt

cc:   As Listed Below

Lisa A. Scognamillo
Badiak & Will, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, NY 11501
*Via Facsimile: (516) 877-2230*

Sukjin Henry Cho
Pak & Cho, P.C.
Attorneys for Defendant total Quality
Logistics, Inc.
1222 Anderson Avenue
Fort Lee, NJ 07024
*Via Facsimile: (201) 886-0111*

Bennet Susser
Sills Cummis & Gross, P.C. (NJ)
Attorneys for Defendant Hill's Trucking Inc.
One Riverfront Plaza
Newark, NJ 07102
*Via Facsimile: (973) 643-6500*

Stephen C. Cunningham
Lustig & Brown
Attorneys for Third-Party Defendant,
Bolivar Insurance & Real Estate Inc.
28 West 44th Street, 20th Floor
New York, NY 10036
*Via Facsimile: (212) 832-3155*

Teresa Ann Gruber
Susan Smodish
McElfish Law Firm
Attorneys for Third-Party Defendant,
Canal Insurance Company
350 5th Avenue, Suite 1729
New York, NY 10118
*Via Facsimile: (212) 307-5200*

> Request DENIED. The purpose, value, productiveness and likelihood of success of a settlement conference are far more advanced by the personal participation of all litigants involved.
>
> SO ORDERED:
> 7-16-08
> DATE    VICTOR MARRERO, U.S.D.J.