# McELFISH LAW FIRM

LAW CORPORATION

*ML*

WWW.MCELFISHLAW.COM

July 17, 2008

**Via facsimile to (212) 805-6382**
Honorable Victor Marrero
US District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08
```

Re:   Total Quality Logistics, Inc. v. Bolivar Insurance and Real Estate, Inc. and Canal Insurance Company
Your Claim No.:   C41863
Our file:   33-111   07 CV 3731

Dear Judge Marrero:

We represent Canal Insurance Company, in the above-referenced matter. On July 15, 2008, the Court scheduled a settlement conference hearing for 2:30 p.m. on July 25, 2008 at the request of plaintiff's counsel.

The undersigned and representative for Canal Insurance will be available for the settlement conference. However, Canal's claim file handler relative to this claim lives and works in Greenville, South Carolina. As such, requiring a Canal representative to appear in person would be extremely costly. The Canal representative handling the file would be more than willing to appear by telephone and is as hopeful as anyone that this matter can be resolved through settlement. Also, the undersigned is currently working from home while on maternity leave. While another attorney from our firm could appear in person, because I am the attorney most familiar with this action, we feel that the conference would be most productive if I were permitted to appear by telephone. Therefore, Canal Insurance Company respectfully requests that its principal representative and counsel be granted permission to attend the conference by telephone.

Judge Victor Marrero
Fortis v. TQL v. Hills Trucking, Canal, Bolivar
July 17, 2008
Page 2

  Accordingly, Canal Insurance respectfully requests permission for its counsel and representative to attend the July 25, 2008 hearing telephonically.

We thank the court for its attention to this matter.

            Very truly yours,

            McELFISH LAW FIRM

            *(signature)*
            By: Teresa A. Gruber, Esq.

cc: **Via facsimile: (513) 579-6457**
   Charles M. Miller, Esq.
   Keating Muething & Klekamp PLL
   Attorneys for Defendant's Total Quality Logistics

   **Via facsimile: (516) 877-2230**
   Lisa A. Scognamillo, Esq.
   Badiak & Will, LLP
   Attorneys for Plaintiff

   **Via facsimile: (973) 643-6500**
   Bennet Susser, Esq.
   Sills Cummis & Gross, P.C. (NJ)
   Attorneys for Defendant Hill's Trucking Inc.

   **Via facsimile: (201) 886-0111**
   Sukjin Henry Cho, Esq.
   Park & Cho, P.C.
   Attorneys for Defendant total Quality Logistics, Inc.

   **Via facsimile: (212) 832-3155**
   Stephen C. Cunningham, Esq.
   Lustig & Brown
   Attorneys for Third-Party Defendant,
   Bolivar Insurance & Real Estate Inc.

*Handwritten stamp:* Request DENIED. The Court previously denied a similar request by Plaintiff Total Quality Logistics. The same reasons apply to Defendant's request.
SO ORDERED:
DATE: 7-17-08
VICTOR MARRERO, U.S.D.J.