USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FORTIS CORPORATE INSURANCE,           :
                                      :   07 Civ. 3731 (VM)
                   Plaintiff,         :
                                      :   **CONDITIONAL**
     - against -                      :   **ORDER OF DISCONTINUANCE**
                                      :
TOTAL QUALITY LOGISTICS, INC.,        :
                                      :
                   Defendant.         :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiff, on behalf of the parties, having notified the Court, by letter dated July 23, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the

plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The conference scheduled for July 25, 2008 is canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to withdraw any pending motions and to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         23 July 2008

_____
VICTOR MARRERO
U.S.D.J.

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

July 23, 2008

### VIA TELEFAX - 212-805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  Fortis Corporate Insurance a/s/o Empire Resources, Inc. v.
     Total Quality Logistics, Hills Trucking, Inc.
     Index No.: 07 Civ. 3731 (VM)
     Our Ref.: 07-E-002-RB/LS

Dear Honorable Marrero:

We represent plaintiff in the captioned matter.

A Settlement Conference is currently scheduled for **Friday, July 25, 2008 at 2:30 p.m.** However, we are pleased to report that the parties have settled their dispute.

We thank the Court for its assistance and kind attention to this matter.

Respectfully submitted,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO
lscognamillo@badiakwill.com

LAS/lmw

cc:  See Attached List

**VIA TELEFAX ONLY 513-579-6457**
Attn: Charles M. Miller, Esq.
Keating Muething & Klekamp, PLL
Attorneys for Defendant Total Quality Logistics, Inc.
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-3752

**VIA TELEFAX ONLY 201-886-0111**
Attn: Sukjin Henry Cho, Esq.
Pak & Cho, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
1222 Anderson Avenue
Fort Lee, New Jersey 07024

**VIA TELEFAX ONLY 973-643-6500**
Attn: Bennet Susser, Esq.
Sills Cummis & Gross, P.C. (NJ)
Attorneys for Defendant Hill's Trucking, Inc.
One Riverfront Plaza
Newark, New Jersey 07102-5400

**VIA TELEFAX ONLY 212-832-3155**
Attn: Stephen C. Cunningham
Lustig & Brown
Attorneys for Third-Party Defendant, Bolivar Insurance & Real Estate, Inc.
28 West 44th Street, 20th Floor
New York, New York 10036

**VIA TELEFAX ONLY 212-307-5200**
Attn: Teresa Ann Gruber
Attn: Susan Smodish
McElfish Law Firm
Attorneys for Third-Party Defendant, Canal Insurance Company
350 5th Avenue, Suite 1729
New York, New York 10118