UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X Index No.: 03731/07
TOTAL QUALITY LOGISTICS, INC.

                    Plaintiff,          **CONSENT TO CHANGE**
-against-                                 **ATTORNEY**

BOLIVAR INSURANCE and REAL ESTATE, INC.,
HILLS TRUCKING, INC. and
CANAL INSURANCE COMPANY
                    Defendants.
----------------------------------------------------------------X

IT IS HEREBY CONSENTED THAT McELFISH LAW FIRM, of 350 Fifth Avenue, Suite 1729, New York, New York, be substituted as attorneys of record for the Hill's Trucking in the above-entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated:     New York, New York
             July 23, 2008

_____
TERESA A. GRUBER, ESQ.
McELFISH LAW FIRM
(Incoming Counsel)

_____
BENNET SUSSER, ESQ.
SILLS CUMMIS & GROSS, P.C.
(Outgoing Counsel)