**MEMO ENDORSED**

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

August 13, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008
```

VIA TELEFAX - 212-805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  Fortis Corporate Insurance a/s/o Empire Resources, Inc. v.
     Total Quality Logistics, Hills Trucking, Inc.
     Index No.: 07 Civ. 3731 (VM)
     Our Ref.: 07-E-002-RB/LS

Dear Honorable Marrero:

We represent plaintiff in the captioned matter.

On July 23, 2008, this Court issue a thirty (30) day Order conditionally discontinuing this action without prejudice on ground the matter had been settled.

We respectfully request that upon expiration of the initial thirty (30) days, the Order be extended an additional thirty (30) days to allow receipt of settlement funds. Counsel for Canal Insurance has not yet advised when settlement funds will be forwarded, despite our repeated inquiries.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO
lscognamillo@badiakwill.com

LAS/lmw

cc:  See Attached List

SO ORDERED: AUG 1 9 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**VIA TELEFAX ONLY 513-579-6457**
Attn: Charles M. Miller, Esq.
Keating Muething & Klekamp, PLL
Attorneys for Defendant Total Quality Logistics, Inc.
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-3752

**VIA TELEFAX ONLY 201-886-0111**
Attn: Sukjin Henry Cho, Esq.
Pak & Cho, P.C.
Attorneys for Defendant Total Quality Logistics, Inc.
1222 Anderson Avenue
Fort Lee, New Jersey 07024

**VIA TELEFAX ONLY 973-643-6500**
Attn: Bennet Susser, Esq.
Sills Cummis & Gross, P.C. (NJ)
Attorneys for Defendant Hill's Trucking, Inc.
One Riverfront Plaza
Newark, New Jersey 07102-5400

**VIA TELEFAX ONLY 212-832-3155**
Attn: Stephen C. Cunningham
Lustig & Brown
Attorneys for Third-Party Defendant, Bolivar Insurance & Real Estate, Inc.
28 West 44th Street, 20th Floor
New York, New York 10036

**VIA TELEFAX ONLY 212-307-5200**
Attn: Teresa Ann Gruber
Attn: Susan Smodish
McElfish Law Firm
Attorneys for Third-Party Defendant, Canal Insurance Company
350 5th Avenue, Suite 1729
New York, New York 10118